**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael J. BUSHMAN, Defendant–
Appellant.**

No. 03–6762.

United States Court of Appeals,
Fourth Circuit.

Submitted July 24, 2003.

Decided July 31, 2003.

Michael J. Bushman, Appellant Pro Se. Robert Joseph Seidel, Jr., Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael J. Bushman appeals the district court's order denying his motion to correct an illegal sentence pursuant to Federal Rule of Criminal Procedure 35(a). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Bushman,* No. CR–87–100–N, 258 F.Supp.2d 455 (E.D.Va. Apr. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*